# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In re                                               Case No. **13-04357**

**Kenneth V. Fordham**                    ,
*Debtor*                                            Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 462,000.00 | | |
| B - Personal Property | | | $ 70,401.03 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 884,181.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 2,455.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 860,065.19 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ 7,320.99 |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ 12,457.82 |
| TOTAL | | 0 | $ 532,401.03 | $ 1,746,701.89 | |

In re  Kenneth V. Fordham,                                Case No.    13-04357
_____                        _____
                    **Debtor**                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Rental - Apartment<br>51 Rickarby Place, Mobile, AL 36606 | Fee Simple Ownership | | $155,000.00 | $174,229.21 |
| **Notes:** Title in Debtor's name only. | | | | |
| Rental Property - Home<br>1507 Brown Street, Mobile, AL 36606 | FeeSimpleOwner | | $67,000.00 | $201,238.16 |
| **Notes:** Title in Debtor's name only. | | | | |
| Primary Residence - Single Family Home<br>310 Bromley Place, Mobile, AL 36606 | Co-Ownership | | $240,000.00 | $411,239.33 |
| **Notes:** Title in name of Debtor and Caroline M. Siderius; Value of whole $240,000.00, undivided interest equal to $120,000.00. | | | | |

Total ► $462,000.00

(Report also on Summary of Schedules.)

In re Kenneth V. Fordham, _____    Case No. __13-04357__
_____ Debtor                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | | $4,450.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account at Wells Fargo | | $1,124.03 |
| | | Checking and Savings Account at Wells Fargo in the name of KVF, Inc. (includes security deposit for Marlon Hartshorn) | | $3,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | See Attached List of Household Goods | | $2,880.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Small Coin and Knife Collection | | $2,000.00 |
| 6. Wearing apparel. | | Wearing Apparel | | $300.00 |
| 7. Furs and jewelry. | | 2 Tag-Hauer Watches, value of $400.00 each; 1 Swiss Army Watch, value of $200.00; Other Miscellaneous Jewelry, value of $100.00. | | $1,100.00 |

In re  Kenneth V.  Fordham,_____     Case No.     13-04357_____
                              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearms: Winchester 12 gauge shotgun, value of $50.00; Remington Model 700 rifle, value of $250.00; Glennfield .22 rifle, value of $50.00; Mossberg 30.06 rifle, value of $75.00; Smith and Wesson .44 revolver, value of $125.00; .380 automatic pistol (brand unknown), value of $100.00; Kimber .45 handgun, value of $250.00; Hobby Equipment: Miscellaneous fishing rods and reels and fishing gear, value of $100.00; Miscellaneous exercise equipment, value of $80.00; Game table, value of $50.00; Golfing equipment, value of $100.00; metal detector, value of $100.00 | $1,355.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% interest in common stock of KVF, Inc. | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |

In re  Kenneth V. Fordham,                                    Case No.    13-04357
                              Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | 50% interest in estate of deceased mother. Value unknown. Estate owns property outside of Savannah Georgia and Debtor's share may be $10,000.00. | $1.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2014 Volkswagon Passat; Mileage: 6,000. | $22,000.00 |
| | | 1987 Mercedes Benz; mileage: 289,000; Vehicle in very poor condition. Vehicle is inoperable. | $1,000.00 |
| | | 2005 Harley Davidson Motorcycle Road King; Mileage: 3,000. | $4,000.00 |
| | | 2006 Ford F-250; Mileage: 160,000; Vehicle has exterior body damage. Vehicle used in business, KVF, Inc. | $4,000.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies.. | | Business office equipment and supplies of KVF, Inc. | $140.00 |

In re  Kenneth V. Fordham,                           Case No.    13-04357
                               **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Business machinery, equipment, supplies, etc. of KVF, Inc.: Utility trailer, value of $300.00; Covered trailer, value of $600.00; Lawnmower and lawn equipment, value of $200.00; Hand tools, value of $50.00; Miscellaneous building supplies, value of $100.00. | $1,250.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Honda Rancher utility 4-wheeler used in business, KVF, Inc. | $1,300.00 |
| | | $20,000.00 held on deposit with Wells Fargo Bank collateral for secured note. | $20,000.00 |

<u>3</u> continuation sheets attached       Total ▶

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

| |
|---|
| $70,401.03 |

#4 Household Goods

| Item | Value |
|------|-------|
| Dresser | 25.00 |
| Bookcase | 20.00 |
| Bed, mattress and box springs | 100.00 |
| Night stand | 10.00 |
| Lamps (2) | 10.00 |
| Floor cabinets (2) | 60.00 |
| Dresser | 15.00 |
| Tables (2) | 10.00 |
| Bed, mattress and box springs | 75.00 |
| TV stand | 20.00 |
| Stools | 40.00 |
| Wooden table | 10.00 |
| Chairs (2) | 40.00 |
| Lamp | 10.00 |
| Coffee table | 10.00 |
| Book shelves (2) | 20.00 |
| Dining table and 6 chairs | 140.00 |
| China cabinet | 80.00 |
| Buffet | 50.00 |
| Stove | 100.00 |
| Refrigerator | 100.00 |
| Microwave oven | 40.00 |
| Dinette table | 40.00 |
| Utensils, small appliances, supplies, miscellaneous items | 100.00 |
| Cook top | 100.00 |
| Couch | 75.00 |
| Chairs (2) | 80.00 |
| Chair/Bench | 10.00 |
| End table | 10.00 |
| Television set | 175.00 |
| Stereo | 75.00 |
| Lamps (2) | 30.00 |
| Breakfast table and chairs | 140.00 |

| | |
|---|---:|
| Cabinet | 25.00 |
| Washer | 50.00 |
| Dryer | 50.00 |
| Refrigerator | 50.00 |
| Hall desk | 40.00 |
| Chest | 10.00 |
| Chair | 10.00 |
| Television | 60.00 |
| Television | 75.00 |
| Laptop computer | 250.00 |
| Piano | 150.00 |
| Desk | 30.00 |
| Bench | 10.00 |
| Wall clock | 20.00 |
| Book case | 10.00 |
| Floor clock | 50.00 |
| Small chest | 10.00 |
| Small table | 10.00 |
| Outside table & chairs | 50.00 |
| Butcher Block | 100.00 |
| **TOTAL:** | **$2,880.00** |

B6C (Official Form 6C) (04/13)

In re  Kenneth V. Fordham,                                                      Case No.  13-04357
                                    Debtor                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                       $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 310 Bromley Place, Mobile, AL 36606 | Ala. Code § 6-10-2 | $5,000.00 | $240,000.00 |
| Cash on Hand | Ala. Code § 6-10-6 | $4,450.00 | $4,450.00 |
| Checking Account at Wells Fargo | Ala. Code § 6-10-6 | $1,124.03 | $1,124.03 |
| Small Coin and Knife Collection | Ala. Code § 6-10-6 | $2,000.00 | $2,000.00 |
| Wearing Apparel | Ala. Code § 6-10-6 | $300.00 | $300.00 |
| 2 Tag-Hauer Watches, value of $400.00 each; 1 Swiss Army Watch, value of $200.00; Other Miscellaneous Jewelry, value of $100.00. | Ala. Code § 6-10-6 | $1,100.00 | $1,100.00 |
| Firearms: Winchester 12 gauge shotgun, value of $50.00; Remington Model 700 rifle, value of $250.00; Glennfield .22 rifle, value of $50.00; Mossberg 30.06 rifle, value of $75.00; Smith and Wesson .44 revolver, value of $125.00; .380 automatic pistol (brand unknown), value of $100.00; Kimber .45 handgun, value of $250.00; Hobby Equipment: Miscellaneous fishing rods and reels and fishing gear, value of $100.00; Miscellaneous exercise equipment, value of $80.00; Game table, value of $50.00; Golfing equipment, value of $100.00; metal detector, value of $100.00 | Ala. Code § 6-10-6 | $1,355.00 | $1,355.00 |
| Honda Rancher utility 4-wheeler used in business, KVF, Inc. | Ala. Code § 6-10-6 | $1,300.00 | $1,300.00 |
| 2014 Volkswagon Passat; Mileage: 6,000. | Ala. Code § 6-10-6 | $1.00 | $22,000.00 |
| 1987 Mercedes Benz; mileage: 289,000; Vehicle in very poor condition. Vehicle is inoperable. | Ala. Code § 6-10-6 | $1,000.00 | $1,000.00 |
| 2005 Harley Davidson Motorcycle Road King; Mileage: 3,000. | Ala. Code § 6-10-6 | $4,000.00 | $4,000.00 |
| 2006 Ford F-250; Mileage: 160,000; Vehicle has exterior body damage. Vehicle used in business, KVF, Inc. | Ala. Code § 6-10-6 | | $4,000.00 |
| Business machinery, equipment, supplies, etc. of KVF, Inc.: Utility trailer, value of $300.00; Covered trailer, value of $600.00; Lawnmower and lawn equipment, value of $200.00; Hand tools, value of $50.00; Miscellaneous building supplies, value of $100.00. | Ala. Code § 6-10-6 | $1,250.00 | $1,250.00 |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of
adjustment.*

In re <u>Kenneth V. Fordham,</u>        Case No.  <u>13-04357</u>
Debtor

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 100% interest in common stock of KVF, Inc. | Ala. Code § 6-10-6 | $1.00 | $1.00 |
| 50% interest in estate of deceased mother. Value unknown. Estate owns property outside of Savannah Georgia and Debtor's share may be $10,000.00. | Ala. Code § 6-10-6 | $1.00 | $1.00 |
| $20,000.00 held on deposit with Wells Fargo Bank collateral for secured note. | Ala. Code § 6-10-6 | $20,000.00 | $20,000.00 |
| See Attached List of Household Goods | Ala. Code § 6-10-6 | $2,880.00 | $2,880.00 |
| Business office equipment and supplies of KVF, Inc. | Ala. Code § 6-10-6 | $140.00 | $140.00 |

B 6D (Official Form 6D) (12/07)

                      Debtor                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2556<br>Citi Mortgage, Inc.<br>P O Box 6243<br>Sioux Falls , SD 57117-6243 | | | n/a<br>First Mortgage<br><br>51 Rickarby Place, Mobile, AL 36606<br><br>VALUE $ **$155,000.00** | | | | $174,229.21 | $19,229.21 |
| ACCOUNT NO. 2556<br>Citi Mortgage, Inc.<br>P O Box 6243<br>Sioux Falls, SD 57117-6243 | | | n/a<br>Arrearage<br><br>51 Rickarby Place, Mobile, AL 36606<br><br>VALUE $   $155,000.00 | | | | $24,800.00 | $0.00 |
| ACCOUNT NO. 7028<br>Everhome Mortgage<br>201 West Bay Street<br>Jacksonville, FL 32202 | X | | 9/15/2006<br>First Mortgage<br><br>310 Bromley Place, Mobile, AL 36606<br><br>VALUE $   $240,000.00 | | | | $411,239.33 | $171,239.33 |

Notes: Mortgage signed by husband and wife, Debtor and Caroline Siderius; Debt in wife's name only. Debtor is accomodation mortgage holder.

Additional Contacts for Everhome Mortgage (7028):

   EverBank<br>   c/o Rebecca Redmond, Esq.<br>   Sirote & Permutt, P.C.<br>   P.O. Box 55727<br>   Birmingham, AL<br>   35255-5727

| | | |
|---|---|---|
| **2** continuation sheets attached | Subtotal ▶<br>(Total of this page) | $     610,268.54   $     190,468.54 |
| | Total ▶<br>(Use only on last page) | $            $ |
| | | (Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re Kenneth V. Fordham _____,   Case No. 13-04357 _____
                    Debtor                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7028 Everhome Mortgage 201 West Bay Street Jacksonville, FL 32202 | X | | 9/15/2006 Arrearage 310 Bromley Place, Mobile, AL 36606 VALUE $   $240,000.00 | | | | $24,000.00 | $0.00 |
| Notes: Mortgage signed by husband and wife, Debtor and Caroline Siderius; Debt in wife's name only. Debtor is accomodation mortgage holder. | | | | | | | | |
| ACCOUNT NO. 6001 Green Tree P O Box 6172 Rapid City, SD 57709-6172 | | | 12/2006 First Mortgage 1507 Brown Street, Mobile, AL 36606 VALUE $   $67,000.00 | | | | $201,238.16 | $0.00 |
| ACCOUNT NO. 6001 Green Tree Servicing, LLC P O Box 6172 Rapid City, SD 57709-6172 | | | 12/2006 Arrearage 1507 Brown Street, Mobile, AL 36606 VALUE $   $67,000.00 | | | | $17,600.00 | $0.00 |
| ACCOUNT NO. n/a I-Loan, Inc. d/b/a I-Cash 1870 Government Blvd. Mobile, AL 36604 | | | n/a Title Pawn 2006 Ford F-250; Mileage: 160,000; Vehicle has exterior body damage. Vehicle used in business, KVF, Inc. VALUE $   $4,000.00 | | | | $12,000.00 | $8,000.00 |
| ACCOUNT NO. 6007 Wells Fargo Bank NV NA P O Box 3117 Winstom Salem, NC 27102 | | | 11/2013 Possessory, Nonpurchase-Money Security Interest $20,000.00 held on deposit with Wells Fargo Bank collateral for secured note. VALUE $   $20,000.00 | | | | $19,075.00 | $0.00 |

Sheet no. __1__ of __2__ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)▶
(Total(s) of this page)

$ 273,913.16   $ 8,000.00

Total(s) ▶
(Use only on last page)

$ _____   $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

In re <u>Kenneth V. Fordham</u> ,     Case No. <u>13-04357</u>
             Debtor                                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Additional Contacts for Wells Fargo Bank NV NA (6007): <br><br> Wells Fargo Bank, N.A. <br> P O Box 95225 <br> Albuquerque, NM 87199-5225 <br><br> Wells Fargo Bank, N.A. <br> 1 Home Campus <br> MAC X2505-036 <br> West Des Moines, IA <br> 50328-0001 | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Sheet no. <u>2</u> of <u>2</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (s) ▶ <br> (Total(s) of this page) | $      0.00 | $      0.00 |
| | Total(s) ▶ <br> (Use only on last page) | $    884,181.70 | $    198,468.54 |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re    **Kenneth V. Fordham**                 ,     Case No. 13-04357

                              Debtor                                          *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☒ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

---

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re <u>Kenneth V. Fordham</u>,         Case No. <u>13-04357</u>
         **Debtor**                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.         n/a | | | 4/1/2013 | | | | | | |
| Caroline E. Siderius 330 E. High Drive Spokane, WA 99203 | | | Domestic Support Obligation | | | | $2,452.00 | $2,452.00 | $0.00 |

Additional Contacts for Caroline E. Siderius (n/a):

**Alabama Dept. of Human Resources**
**P.O. Box 304000**
**Montgomery, AL 36130**

**DSHS/DCS Everett**
**P O Box 11520**
**Tacoma, WA 98411**

| | | | | | |
|---|---|---|---|---|---|
| Sheet no. <u>1</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals▶ (Totals of this page) | $ **2,452.00** | $ **2,452.00** | | $0.00 |
| | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | | |
| | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | | $ |

In re <u>Kenneth V. Fordham</u>                    ,          Case No. <u>13-04357</u>

                 Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.          n/a <br><br> Alabama Dept. of Revenue Legal Division, P.O. Box 320001 Montgomery, AL 36132-0001 | | | State Taxes | | | | $1.00 | $1.00 | $0.00 |
| Account No.          n/a <br><br> Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114 | | | Federal Taxes | | | | $1.00 | $1.00 | $0.00 |

Additional Contacts for Internal Revenue Service (n/a):

Internal Revenue Service
c/o U.S. Attorney's Office,
63 S. Royal St., #600
Riverview Pla
Mobile, AL 36602

Internal Revenue Service
1110 Montlimar Drive, 3rd
Floor
Mobile, AL 36609

Sheet no. <u>2</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals▶ (Totals of this page) | $ 2.00 | $ 2.00 | $0.00 |
|---|---|---|---|---|
|  | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re <u>Kenneth V. Fordham</u> ,     Case No. <u>13-04357</u>
              Debtor                                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.    n/a <br><br> **Mobile County Revenue** <br> **P O Box 1169** <br> **Mobile, AL 36633** | | | 12/31/2013 <br><br> **Local Taxes** | | | X | $1.00 | $1.00 | $0.00 |

**Notes: Possible liability for property taxes for year ending 12/31/2013.**

| | | |
|---|---|---|
| Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals▶ <br> (Totals of this page) | $    **1.00** | $    **1.00** | **$0.00** |
| | Total▶ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **2,455.00** | | |
| | Totals▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $  **2,455.00** | $    **0.00** |

In re **Kenneth V. Fordham** _____, Case No. **13-04357**
                Debtor                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** n/a <br><br> **Adjustable Heat & Air Conditioning** 7461 Old Government Street, Rd., # 3 Mobile, AL 36695 | | | 2/1/2008 <br><br> **Repair Services** | | | X | $3,619.00 |
| **ACCOUNT NO.** 1046 <br><br> **Anthony G. Giardino DDS MS** c/o Automated Accounts, Inc. 430 W. Sharp Avenue Spokane, WA 99201 | | | 6/2013 <br><br> **Collection Account** | | | | $63.00 |
| **ACCOUNT NO.** n/a <br><br> **Caroline E. Siderius** 330 E. High Drive Spokane, WA 99203 | | | n/a <br><br> **Per Caroline E. Siderius: Washington State Court Judgment for Contempt of Court** | | | X | $20,000.00 |
| **ACCOUNT NO.** 7529 <br><br> **Chase Card SErvices** P O box 15298 Wilmington, DE 19850-5298 | | | 3/1/2003 <br><br> **Credit Card Charges** | | | X | $1,451.00 |

                                                       Subtotal► $   **25,133.00**

  **7**  continuation sheets attached

                                                  Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Kenneth V. Fordham                          ,        Case No. 13-04357
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        9097<br><br>Coastal Anesthesia, PC<br>c/o Holloway Credit Solutions<br>P O Box 161504<br>Mobile, AL 36616 | | | 4/2010<br>Collection Account | | | | $29.00 |
| ACCOUNT NO.        3618<br><br>Dermatology Specialist of Spokane<br>820 S. McClellan Street, Suite 426<br>Spokane, WA 99204 | | | 4/19/2011<br>Medical Services | | | | $104.09 |
| ACCOUNT NO.        3798<br><br>Discover Card<br>P O Box 3004<br>New Albany, OH 43054 | | | 2/1/1998<br>Credit Card Charges | | | X | $17,206.00 |
| ACCOUNT NO.        9530<br><br>Home Depot Credit SErvices<br>P O Box 653000<br>Dallas , TX 75265-3000 | | | 4/1/1996<br>Credit Card Charges | | | X | $1,489.00 |

Sheet no.  1  of  7  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  18,828.09

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Kenneth V.  Fordham</u>                    ,        Case No. <u>13-04357</u>
                        **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   n/a <br><br>Joseph C. Sullivan, Jr., Esq. Hamilton, Butler, Riddick, Tarlton & Sullivan P O Box 70185 Mobile, AL 36670-1185 | | | n/a<br>**Legal Services** | | X | | $17,291.89 |
| **ACCOUNT NO.**   1712 <br><br>Lowe's (GE Money Bank) 400 N. Rogers Road Olathe , KS 66062 | | | 10/1/2007<br>**possible deficiency balance for personal guaranty of KVF, Inc.** | | X | X | $11,527.00 |
| **ACCOUNT NO.**   5850 <br><br>Lowe's (GE Money Bank) P O Box 10308 Roswell, GA 30076-9080 | | | 6353.00<br>**Credit Card Charges** | | X | X | $6,353.00 |
| **ACCOUNT NO.**   8731 <br><br>Military Star Call Center P O Box 650410 Dallas, TX 75265-0410 | | | 11/1/2005<br>**open account** | | | X | $6,855.00 |

Sheet no. <u>2</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | 42,026.89

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Kenneth V. Fordham</u>, Case No. <u>13-04357</u>
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6072 <br><br> Providence Physician <br> P O Box 34726 <br> Seattle , WA 98124-1726 | | | 2/4/2011 <br> **Dental Services** | | | | $510.00 |
| ACCOUNT NO. 8903 <br><br> Quantum Servicing <br> 6302 E. Martin Luther King Blvd. <br> Suite 300 <br> Miami, FL 33619 | | | 5/4/2007 <br> **Possible deficiency balance on mortgage on foreclosed property located at 601 Church Street, Mobile, AL 36602.** | | | X | $188,000.00 |
| Additional Contacts for Quantum Servicing (8903): <br><br> Quantum Servicing <br> c/o Leigh L. Pipkin, Esq. <br> Jones Walker, LLP <br> RSA Battle House Tower <br> 11 North Water Street, <br> Suite 1200 <br> Mobile, AL 36602 | | | | | | | |
| ACCOUNT NO. 6681 <br><br> Quantum Servicing <br> 6302 E. Martin Luther King Blvd. <br> Suite 300 <br> Miami, FL 33619 | | | 8/2/1999 <br> **Possible deficiency balance on mortgage on foreclosed property located at 22 S. Carlen Street, Mobile, AL 36606.** | | | X | $159,280.00 |

Sheet no. <u>3</u> of <u>7</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 347,790.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Kenneth V. Fordham
_____,                         Case No. 13-04357
            Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Quantum Servicing (6681):** | | | | | | | |
| **Quantum Servicing c/o Leigh L. Pipkin, Esq. Jones Walker, LLP RSA Battle House Tower 11 North Water Street, Suite 1200 Mobile, AL 36602** | | | | | | | |
| ACCOUNT NO. 8895 **Quantum Servicing 6302 E. Martin Luther King Blvd. Suite 300 Miami, FL 33619** | | | 8/17/2006 **Possible deficiency balance on mortgage on foreclosed property located at 29 Van Heuval Avenue, Mobile, AL 36606.** | | | X | $340,000.00 |
| **Additional Contacts for Quantum Servicing (8895):** | | | | | | | |
| **Quantum Servicing c/o Leigh L. Pipkin, Esq. Jones Walker, LLP RSA Battle House Tower 11 North Water Street, Suite 1200 Mobile, AL 36602** | | | | | | | |
| ACCOUNT NO. 8911 **Quantum Servicing 6302 E. Martin Luther King Blvd. Suite 300 Miami, FL 33619** | | | 8/29/2006 **Possible deficiency balance on second mortgage on foreclosed property located at 29 Van Heuval Avenue, Mobile, AL 36606.** | | | X | $16,000.00 |

Sheet no. __4__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 356,000.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Kenneth V. Fordham_____,      Case No. __13-04357_____
               **Debtor**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Quantum Servicing (8911):**<br><br>**Quantum Servicing**<br>**c/o Leigh L. Pipkin, Esq.**<br>**Jones Walker, LLP**<br>**RSA Battle House Tower**<br>**11 North Water Street,**<br>**Suite 1200**<br>**Mobile, AL 36602** | | | | | | | |
| ACCOUNT NO.    n/a<br><br>**Red Maston**<br>**c/o KVF, Inc.**<br>**310 Bromley Place**<br>**Mobile, AL 36606** | | | n/a<br><br>**Wages owed by KVF, Inc.** | | | | $1,200.00 |
| ACCOUNT NO.    0095<br><br>**Regions (FIA Card Services)**<br>**P O Box 22021**<br>**Greensboro, NC 27420-2021** | | | 8/1/2001<br><br>**Credit Card Charges** | | | X | $14,773.00 |
| ACCOUNT NO.    n/a<br><br>**Rhonda Turk**<br>**c/o KVF, Inc.**<br>**310 Bromley Place**<br>**Mobile, AL 36606** | | | n/a<br><br>**Wages owed by KVF, Inc.** | | | | $700.00 |

Sheet no. __5__ of __7__ continuation sheets attached            Subtotal▶ | $ | **16,673.00**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                           Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Kenneth V.  Fordham                              ,          Case No.  13-04357
————————————————————                                    ——————————
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6001  Rockwood Clinic 400 East 5th Avenue Spokane, WA 99202 | | | 4/18/2011  Medical Services | | | | $110.00 |
| ACCOUNT NO.  4032  St. Joseph Family Center 1016 N. Superior Spokane, WA 99202 | | | 9/7/2011  Medical Services | | | | $210.21 |
| ACCOUNT NO.  n/a  The Tax Professionals, Inc. 1212-A Azalea Road Mobile, AL 36693 | | | n/a  Accounting Services | | | | $1.00 |
| ACCOUNT NO.  4079  U-Haul International 2727 N. Central Ave. Phoenix, AZ 85004 | | | 3/2/2011  possible subrogation claim for damages to leased vehicle. | | | X | $1.00 |

Sheet no. __6__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  |  $          322.21

Total▶  |  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Kenneth V. Fordham</u>                    ,          Case No. <u>13-04357</u>
          **Debtor**                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8864 <br><br>**USAA Savings Bank** <br>**10750 McDermott Freeway** <br>**San Antonio, TX 78288** | | | n/a <br><br>**Balance on Note and Contract** | | | X | $16,241.00 |
| ACCOUNT NO.  n/a <br><br>**USAA Savings Bank** <br>**10750 McDermott Parkway** <br>**San Antonio, TX 78288** | | | n/a <br><br>**Credit Card Charges** | | | X | $31,258.00 |
| Notes: credit cards: ...7139: $10,792.00: 6/1/1995; ....2051: $5,509.00: 10/1/1997; ....0065: $14,957.00: 4/1/2001. | | | | | | | |
| ACCOUNT NO.  1957 <br><br>**Wells Fargo Financial Cards** <br>**P O Box 14517** <br>**Des Moines, IA 50306** | | | 12/2007 <br><br>**Credit Card Charges** | | | | $2,919.00 |
| ACCOUNT NO.  1508 <br><br>**Wells Fargo Financial Services** <br>**P O Box 5943** <br>**Sioux Falls, SD 57117** | | | 2/1/2008 <br><br>**Credit Card Charges** | | | X | $2,874.00 |

Sheet no. <u>7</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $    53,292.00

Total▶   $    860,065.19
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Kenneth V. Fordham,</u>        Case No. <u>13-04357</u>

Debtor        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

In re <u>Kenneth V. Fordham,</u>      Case No. <u>13-04357</u>

        **Debtor**          **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Caroline E. Siederius<br>330 E. High Drive<br>Spokane, WA 99203 | Everhome Mortgage<br>Account No.: 7028<br>201 West Bay Street<br>Jacksonville, FL 32202 |
| Caroline E. Siderius<br>330 E. High Drive<br>Spokane, WA 99203 | Everhome Mortgage<br>Account No.: 7028<br>201 West Bay Street<br>Jacksonville, FL 32202 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kenneth V. Fordham** |
| | First Name      Middle Name      Last Name |
| Debtor 2 (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for: | **Southern District of Alabama** |
| Case number (if known) | **13-04357** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Occupation | **Self Employed** | |
| Employer's name | **KVF, Inc.** | |
| Employer's address | **310 Bromley Place** | |
| | Number   Street | Number   Street |
| | **Mobile, AL 36606** | |
| | City      State   ZIP Code | City      State   ZIP Code |
| How long employed there? | **n/a** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here........................................................ →  | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 81.05 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 129.96 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 1,694.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: **CG Assoc CPO** | 5h. | + $ 2.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 1,907.01 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ -1,907.01 | $ 0.00 |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,625.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 1,920.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 3,803.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: **VA Disability** | 8h. | + $ 1,880.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 9,228.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 7,320.99   + | $ 0.00   =   $ 7,320.99 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____      11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12.   $ 7,320.99

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:   **Income from rental properties could increase or decrease.**

**Fill in this information to identify your case:**

Debtor 1    **Kenneth V. Fordham**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for : **Southern District of Alabama**

Case number   **13-04357**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☒ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

☐ No
☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 15 | ☒ No   ☐ Yes |
| Daughter | 17 | ☒ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☒ No
   ☐ Yes

**Part 2:**   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,862.82 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | $ 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 250.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 400.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ 0.00 |

| | | | Your expenses |
|---|---|---|---|

5.  Additional mortgage payments for your residence, such as home equity loans — 5. $ 0.00

6.  Utilities:

   6a.  Electricity, heat, natural gas — 6a. $ 500.00

   6b.  Water, sewer, garbage collection — 6b. $ 150.00

   6c.  Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 200.00

   6d.  Other. Specify: _____ — 6d. $ 0.00

7.  Food and housekeeping supplies — 7. $ 800.00

8.  Childcare and children's education costs — 8. $ 0.00

9.  Clothing, laundry, and dry cleaning — 9. $ 200.00

10. Personal care products and services — 10. $ 100.00

11. Medical and dental expenses — 11. $ 250.00

12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. $ 400.00

13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 220.00

14. Charitable contributions and religious donations — 14. $ 100.00

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance — 15a. $ 0.00

   15b. Health insurance — 15b. $ 0.00

   15c. Vehicle insurance — 15c. $ 300.00

   15d. Other insurance. Specify: _____ — 15d. $ 0.00

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____ — 16. $ 0.00

17. Installment or lease payments:

   17a. Car payments for Vehicle 1 — 17a. $ 0.00

   17b. Car payments for Vehicle 2 — 17b. $ 0.00

   17c. Other. Specify: _____ — 17c. $ _____

   17d. Other. Specify: _____ — 17d. $ _____

18. Your payments of alimony, maintenance, and support that you did not report as deducted
    from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I). — 18. $ 0.00

19. Other payments you make to support others who do not live with you.
    Specify: _____ — 19. $ 0.00

20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*

   20a. Mortgages on other property — 20a. $ 0.00

   20b. Real estate taxes — 20b. $ 0.00

   20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00

   20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00

   20e. Homeowner's association or condominium dues — 20e. $ 0.00

21. **Other**. Specify: **Business Expenses**                21.  +$ 5,725.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                    22.  $ 12,457.82

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ 7,320.99

    23b.  Copy your monthly expenses from line 22 above.                      23b.  − $ 12,457.82

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.                           23c.  $ -5,136.83

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.    Explain here:

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Alabama**

In re:  **Kenneth V. Fordham**

Case No.  **13-04357**

Chapter  **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:     $ **105,600.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:     $ **2,525.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)     $ **1,700.00**
   4.  Payroll Taxes     **N/A**
   5.  Unemployment Taxes
   6.  Worker's Compensation
   7.  Other Taxes     **425.00**
   8.  Inventory Purchases (Including raw materials)
   9.  Purchase of Feed/Fertilizer/Seed/Spray
  10. Rent (Other than debtor's principal residence)
  11. Utilities     **150.00**
  12. Office Expenses and Supplies
  13. Repairs and Maintenance     **250.00**
  14. Vehicle Expenses     **250.00**
  15. Travel and Entertainment
  16. Equipment Rental and Leases
  17. Legal/Accounting/Other Professional Fees
  18. Insurance     **300.00**
  19. Employee Benefits (e.g., pension, medical, etc.)
  20. Payments to Be Made Directly By Debtor to Secured Creditors For
      Pre-Petition Business Debts (Specify):
     **Mortgage payment on 51 Rickarby Place, Mobile, AL**     **1,550.00**
  21. Other (Specify):     **See Attachment 1**

  22. Total Monthly Expenses (Add items 3 - 21)     $ **5,725.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $ **-3,200.00**

# Addendum

**Attachment 1**

    **Debt: Mortgage payment on 1507 Brown Street, Mobile, AL**
    **Amount: 1,100.00**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In re _____      Case No. **13-04357** _____

    **Kenneth V. Fordham**_____,

            *Debtor*               Chapter _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

      If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

      ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **2,452.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **3.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **2,455.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | **7,320.99** |
| Average Expenses (from Schedule J, Line 22) | $ | **12,457.82** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ | **0.00** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **198,468.54** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **2,455.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **860,065.19** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **1,058,533.73** |

In re  **Kenneth V. Fordham** _____ , Case No. **13-04357** _____

_____

Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___ 1/7/2 14 ___          Signature _____

                                             **Kenneth V. Fordham** Debtor

Date _____    Signature: _____

                                                    (Joint Debtor, if any)

                                    [If joint case, both spouses must sign.]

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any,      Social Security No.
of Bankruptcy Petition Preparer            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____     _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                            Signature: _____

                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF ALABAMA

In re: Kenneth V. Fordham        Case No 13-04357
_____      _____
       Debtor                                             (if known)

## STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Debtor: | |
| Current Year (2013): | |
| $83,400.00 | Income from rental properties (estimated) |
| | |
| Previous Year 1 (2012): | |
| $92,350.00 | Income from rental properties (KVF, Inc. tax return) |
| | |
| Previous Year 2 (2011): | |
| $92,350.00 | Income from rental properties (KVF, Inc. tax return) |
| | |
| Joint Debtor: | |
| N/A | |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Debtor: | |
| Current Year (2013): | |
| $5,548.00 | CG Retirement/Pension Back Payment for period of |
| $46,980.00 | approximately 8 years. (Lump sum payment) |
| $46,569.01 | Social Security back payment for previous apx 2 years |
| $63,810.00 | CG Retirement/Pension (YTD as of 12/31/2013) |
| $59,234.00 | Insurance Proceeds for damaged property located at 51 |
| $0.00 | Rickarby Place, Mobile, AL. (Proceeds were used to |
| | repair/replace damaged property due to tornado and for |

other living and business expenses.)
VA Disability Back Payment for period of approximately 8 years (Proceeds were used to repair/replace damage to property from tornado and for travel to visit children out of state and for other living and business expenses and to purchase 2014 Volkswagon Passat.)
Social Security (YTD)

Previous Year 1 (2012):
$15,066.00         VA Disability Back Payment for period of approximately 8
$49,279.23         years. (Lump sum payment)
$0.00            CG Retirement/Pension
$0.00            Social Security
              VA Disability

Previous Year 2 (2011):
$0.00            Social Security
$0.00            VA Disability
$49,279.25         CG Retirement/Pension

Joint Debtor:
N/A

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor:<br>The Tax Professionals, Inc.<br>1212-A Azalea Road<br>Mobile, Alabama 36693 | 12/2013 | $1,500.00 | $1.00 |
| Joseph C. Sullivan, Jr., Esq.<br>Hamilton, Butler, Riddick, Tarlton & Sullivan<br>P O Box 70185<br>Mobile, Alabama 36670-1185 | 12/2013 | $1,500.00 | $17,291.89 |

None
☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative

---

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:

None ☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: | | | |
| Kenneth V. Fordham v. Caroline M. Siderius Case Number: 02-DR-2011-900825 | Contested Divorce | Domestic Relations Court Mobile County, AL | Active |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: | | |
| Caroline E. Siderius 330 E. High Drive Spokane, Washington 99203 | 4/2013 - 12/2013 | Garnished Wages for Child Support Value: $15,246.00 |

---

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both

spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor:<br>RREF SBL-AL KVF, LLC<br>c/o Leigh Pipkin, Esq.<br>RSA Battlehouse Tower, 11 North<br>Water Street, Suite 1200<br>Mobile, Alabama 36602 | 11/27/2013 | 29 Van Heuval Street, Mobile, AL<br>Value: $447,100.00 |
| RREF SBL-AL KVF, LLC<br>c/o Leigh Pipkin, Esq.<br>RSA Battlehouse Tower, 11 North<br>Water Street, Suite 1200<br>Mobile, Alabama 36602 | 11/27/2013 | 601 Church Street, Mobile, AL 36602<br>Value: $164,200.00 |
| RREF SBL-AL KVF, LLC<br>c/o Leigh Pipkin, Esq.<br>RSA Battlehouse Tower, 11 North<br>Water Street, Suite 1200<br>Mobile, Alabama 36602 | 11/27/2013 | 22 S. Carlen Street, Mobile, AL 36606<br>Value: $180,600.00 |

---

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Debtor<br>29 Van Heuval Avenue, Mobile, AL 36606<br>Value: $447,100.00 | Tornado Damage estimated at $125,000.00 Forced Placed Insurance Policy by Mortgage Company; Insurance proceeds directed to Mortgage Company. | 12/25/2012 |
| 22 S. Carlen Street<br>Value: $220,000.00 | Tornado Damage; Property not covered by insurance. 100% loss. | 12/25/2012 |
| 51 Rickarby Place, Mobile, AL 36606<br>Value: $310,700.00 | Tornado Damage<br>Insurance Company paid $65,000.00 for damage, damage estimated at $85,000.00. Insurance proceeds directed to Debtor and was used to repair/replace damage to building, etc. | 12/25/2012 |
| Unknown amount of cash<br>Value: $1.00 | Gambling | n/a |
| Tools<br>Value: $1,000.00 | Theft at 51 Rickarby Place, Mobile, AL | 10/2013 |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor:<br>Irvin Grodsky, PC<br>P O Box 3123<br>Mobile , Alabama 36652 | 12/12/2013<br>12/20/2013 | $1,281.00<br>$4,000.00<br>Attorney Fee and Filing Fee; $4,000.00 requested as retainer for possible Chapter 11 conversion; Being held in escrow account. |

CFEFA                   12/9/2013                      $35.00
P O Box 11527                                         Credit Counseling
Birmingham, Alabama 35202

---

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,

releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL | | BEGINNING AND |
|---|---|---|

| NAME | TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | ENDING DATES |
|---|---|---|---|---|
| Debtor: KVF, Inc. | 7677/ 82-0581545 | 310 Bromley Place Mobile, Alabama 36606 | Real Estate Management and Consulting | Beginning Date: 2002 Ending Date: n/a |

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Debtor: The Tax Professionals, Inc. 1212-A Azalea Road Mobile, Alabama 36693 | 2000 - present |

None ☒  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                      DATES SERVICES RENDERED

Debtor:
N/A

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

Debtor:
Kenneth V. Fordham                  310 Bromley Place
                                    Mobile, Alabama 36606

None ☒ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

Debtor:
N/A

---

**20. Inventories**

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |
| Debtor: N/A |  |  |

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| Debtor: N/A |  |

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| N/A |  |  |

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

N/A

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

N/A

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                      AMOUNT OF MONEY
OF RECIPIENT,              DATE AND PURPOSE         OR DESCRIPTION
RELATIONSHIP TO DEBTOR     OF WITHDRAWAL            AND VALUE OF PROPERTY

N/A

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____1/7/14_____          Signature
                               of Debtor _____

                               Signature of _____

Date _____ Joint Debtor
(if any)

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*